In The
 Court of Appeals
 Seventh District of Texas at Amarillo

 ________________________

 No. 07-12-0492-CR
 ________________________
 
 SOPHIA DELACRUZ, APPELLANT

 V.

 THE STATE OF TEXAS, APPELLEE
 

 On Appeal from the 364th District Court
 Lubbock County, Texas
 Trial Court No. 2012-433974, Honorable Bradley S. Underwood, Presiding 

 
 April 18, 2013
 
 ON MOTION TO DISMISS
 
 Before CAMPBELL and HANCOCK and PIRTLE, JJ.
 
Appellant, Sophia DeLaCruz, filed Notice of Appeal of a judgment convicting her of the offense of assault on a public servant, and plea bargained sentence of ten years confinement in the Institutional Division of the Texas Department of Criminal Justice. Appellant's counsel filed a Motion to Dismiss Appeal on April 8, 2013.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a), and this Court has not delivered its decision prior to receiving it, the motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at appellants request, no motion for rehearing will be entertained and our mandate will issue forthwith.
 Mackey K. Hancock
 Justice

Do not publish.